UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VANESSA JIMENEZ,
                Plaintiff,

                                                                        22 civ 5491 (JGK)

      -against-

DANDELION CHOCOLATE, INC.,
                Defendant.
-------------------------------------------------------------X

      The conference scheduled for Monday, September 19, 2022, at 4:30pm, is canceled. The parties shall submit a Rule 26(f) report by **September 30, 2022.**

**SO ORDERED.**

                                                        **JOHN G. KOELTL**
                                             **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         September 13, 2022